IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                              No. CIV S-11-0539 WBS GGH

    vs.

LAURA DAWN APARTMENTS, LLC,

    Defendant.                                           ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on November 17, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The November 17 2011 hearing on the motion for default judgment, filed October 12, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: November 14, 2011

                                            /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

GGH:076:Johnson0539.vac.wpd